Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

HELEN M. RODGERS, Respondent, *v.* WILLIAM J. RODGERS et al., as Executors of JOHN C. RODGERS, Deceased, Appellants.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion to amend remittitur granted, return of remittitur requested and when returned remittitur will be amended so as to provide that sixth question be answered in negative instead of affirmative. (See 235 N. Y. 408.)

---

ABRAM B. SMART, Respondent, *v.* MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.

*Appeal — unanimous affirmance of judgment entered upon order granting motion to strike out answer and for judgment — appeal without permission dismissed.*

*Smart* v. *Merchants Mut. Auto. Liability Ins. Co.*, 206 App. Div. 630, appeal dismissed.

(Argued May 28, 1923; decided June 5, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 22, 1923, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion to strike out the answer and for judgment in favor of plaintiff. The motion was made upon the ground that permission to appeal had not been obtained and that no constitutional question was presented by the record.

*Claude J. Banigan* and *Owen B. Augspurger* for motion. *John J. McBride* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

37